MARTIN E. ROSEN (SBN 108998)
mrosen@hinshawlaw.com
VIVIAN I. ORLANDO (SBN 213833)
vorlando@hinshawlaw.com
JUSTIN M. PENN (SBN 302350)
jpenn@hinshawlaw.com
Hinshaw & Culbertson LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Tel.: 213-680-2800; Fax: 213-614-7399

LARRY M. GOLUB (SBN 110545)
lgolub@sacrowalker.com
Sacro & Walker LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Defendant
UNITED OF OMAHA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN NIEVES, Individually and on Behalf of the Class,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 21-CV-1415-H-KSC<br><br>(Hon. Marilyn L. Huff)<br><br>**DECLARATION OF ANGELA GOMEZ IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(B), OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT OR TO STRIKE PURSUANT TO F.R.C.P. 12(E) AND (F)**<br><br>[Filed concurrently with Motion; and Request for Judicial Notice]<br><br>Complaint Filed:  July 6, 2021<br><br>Date:     December 13, 2021<br>Time:     10:30 a.m.<br>Courtroom: 15A (15th Flr.)<br><br>[Court to provide further call-in Information prior to the hearing] |

1

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

CASE NO. 21-CV-1415-H-KSC
1043312\309424977.v1

# DECLARATION OF ANGELA GOMEZ

1.  I am employed by Mutual of Omaha Insurance Company as a Customer Care Analyst IV, Life Operations. United of Omaha Life Insurance Company ("United") is a wholly owned subsidiary of Mutual of Omaha, and my work involves work related to life insurance policies issued by United. In that capacity, I have handled hundreds of customer service inquiries, and I personally reviewed the policy file and I am personally familiar with the activity related to Policy No. BU1792147, the $30,000 life insurance policy at issue in the above-entitled lawsuit, which United issued on June 6, 2016 to Marilyn Nieves insuring the life of her son (the "Policy"). Ms. Nieves is the owner of the Policy and she named herself as the Policy's beneficiary.

2.  I am thoroughly familiar with the contents of the files pertaining to the Policy. If called as a witness in this matter, I could and would competently testify to all facts set forth in this Declaration from my own personal knowledge and from the documents that I reviewed in connection with this Declaration. The documents attached hereto were and are kept in the ordinary course of United's business activity, and were made at or near the time of the subject acts, events or opinions referenced therein by, or from information transmitted by, a person with knowledge of the acts, events or opinions.

3.  Prior to the Policy's issuance, and consistent with United's practice at the time, on June 5, 2016, Ms. Nieves was given the right to designate a person, in addition to herself, to receive notice at least 30 days prior to the Policy's termination and she completed that designation form. A true and correct copy of the "Third Party Notice Request Form" completed by Ms. Nieves (designating herself at her address of record) is attached hereto as **Exhibit 1**.

4.  On March 25, 2021, United sent Ms. Nieves' counsel (as Ms. Nieves' representative and as directed by her counsel) a letter that advised that the Policy "lapsed in error" due to delay in updating the premiums drafting date, and stated that United is "willing to accept all back premium payments without evidence of

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

2

CASE NO. 21-CV-1415-H-KSC
1043312\309424977.v1

insurability." A true and correct copy of the March 25, 2021 letter is attached hereto as **Exhibit 2**. While Ms. Nieves' Complaint filed in this lawsuit references a letter dated May 26, 2021, this appears to be in error as there is no letter with that date in United's file.

5. The March 25, 2021 letter also referenced a November 17, 2020 letter sent to Ms. Nieves. The November 17, 2020 letter stated that United is willing to restore coverage and "to accept a premium without evidence of insurability." A true and correct copy of the November 17, 2020 letter is attached hereto as **Exhibit 3**. Ms. Nieves did not pay the premiums within the time specified in either the November 17, 2020 or March 25, 2021 letter.

6. On July 23, 2021, United sent Ms. Nieves' counsel (as Ms. Nieves' representative and as directed by her counsel) a letter that, among other things, administratively reinstated her Policy and waived all back premiums due. A true and correct copy of the July 23, 2021 letter is attached hereto as **Exhibit 4**. That letter also enclosed a letter to Ms. Nieves dated July 22, 2021. Ms. Nieves ultimately paid her premium by September 6, 2021.

7. Additionally, in administratively reinstating the Policy, United imposed no new contestability period. Thus, the two year contestability period expired on June 6, 2018, two years after the Policy's original issue date, and the Policy is not currently contestable.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 03 day of November, 2021, at Omaha, Nebraska.

*Angela Gomez*
_____
Angela Gomez

HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

3

CASE NO. 21-CV-1415-H-KSC
1043312\309424977.v1